# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160034(43)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBIN RICK MANNING,
      Defendant-Appellant.

_____/

SC: 160034
COA: 345268
Saginaw CC: 84-000570-FC

On order of the Chief Justice, the motion of Anthony Legion, Travis Scott, and Gerald Byrd to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 21, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2020



Clerk